464 A.2d 529

Commonwealth v. Kohler, Appellant.

Argued January 18, 1983. David M. McGlaughlin, for appellant; Peter McKay Hileman, Assistant District Attorney and Michael J. Kane, District Attorney, for Commonwealth, appellee; Gail Leslie Fairman, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.